JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IRENE V. MENENDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., BARRETT DAFFIN FRAPPIER TURNER fdba BARRETT DAFFIN FRAPPIER TREDER AND WEISS, LLP; and Does 1 through 50 inclusive,<br><br>    Defendants. | CASE NO.: 2:16-cv-00026-DSF-JPR<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. Dale S. Fischer*] |

1  On February 9, 2016, the Court entered an Order granting the Motion to
2  Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor
3  by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage,
4  FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), dismissing the Complaint,
5  in its entirety.
6  Accordingly:
7  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**
8  1.  The Complaint is dismissed, as to all parties and as to all causes of
9  action, with prejudice;
10 2.  Judgment is entered in favor of defendant WELLS FARGO BANK,
11 N.A.; and
12 3.  Plaintiff, Irene C. Menendez will recover nothing in this action from
13 defendant WELLS FARGO BANK, N.A.

DATED: 2/12/16

*/s/ Dale S. Fischer*

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

## [PROPOSED] JUDGMENT OF DISMISSAL

on the interested parties in said case as follows:

**Served By the Court's CM/ECF System:**

| *Counsel for Plaintiff,* <br> *Irene V. Menendez* | *Counsel for Defendant Barrett Daffin* <br> *Frappier Treder & Weiss LLP:* |
|---|---|
| Marc Applbaum, Esq. <br> KETTNER LAW CORPORATION <br> 2150 West Washington Street, #104 <br> San Diego, California 92110 <br> email: marc@kettnerlawcorp.com <br><br> Tel: 619.756.7300 | Fax: 619.363.3944 | Edward A. Treder, Esq. <br> James T. Lee, Esq. <br> BARRETT DAFFIN ET AL. <br> 20955 Pathfinder Road, Suite 300 <br> Diamond Bar, CA 91765 <br><br> T: (626) 915-5714 | F: (909) 595-7640 <br><br> edwardt@bdfgroup.com <br> jamesl@bdfgroup.com |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on February 10, 2016.

| Rachelle Guillory | */s/ Rachelle Guillory* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |